IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-41533 |
| CHRISTOPHER ANTHONY PAYNE | § | CHAPTER 11 |
| AND ALYCE RYGIEL PAYNE, | § | |
|    Debtors. | § | |

_____

| | | | |
|---|---|---|---|
| RPV LTD et al, | § | | |
|    Plaintiffs, | § | | |
| v. | § | ADV. NO. 16-04110 | |
| | § | | |
| CHRISTOPHER ANTHONY PAYNE, | § | | |
| et al, | § | Hearing: | Oct. 3, 2017 |
|    Defendants. | § | Time: | 1:30 p.m. |

**NOTICE OF RESCHEDULED HEARING ON DEFENDANTS' AMENDED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, FOR A MORE DEFINITE STATEMENT, AND ALTERNATIVELY, FOR SUMMARY JUDGMENT PURSUANT TO RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE [DOCKET NO. 21]**

Please take notice that a hearing on Defendants' Amended Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, For a More Definite Statement, And Alternatively, For Summary Judgment Pursuant to Rule 12 of the Federal Rules of Civil Procedure [Docket No. 21] has been rescheduled for October 3, 2017 at 1:30 p.m. before the Hon. Brenda T. Rhoades, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074.

>Respectfully submitted,
>
>OLSON NICOUD & GUECK, L.L.P.
>10440 N Central Expwy., Suite 1100
>Dallas, TX 75231
>(214) 979-7302 - Telephone
>(214) 979-7301 – Facsimile
>Email: denniso@dallas-law.com
>
>By: /s/ Dennis Olson
>    Dennis Olson
>    State Bar Number 15273500
>
>ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Rescheduled Hearing was served upon:

>Leonard Simon
>Leonard H. Simon Pendergraft & Simon L.L.P.
>The Riviana Building,
>Suite 800 2777 Allen Parkway
>Houston TX 77019

and all parties receiving notice via electronic means on the 31st day of August, 2017.

>  /s/ Dennis Olson
>Dennis Olson